IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3042 |
| vs. | ORDER |
| JUDITH ANN DEANDRADE, | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 8). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to the above-captioned defendant.

IT IS ORDERED that the indictment is dismissed without prejudice as to Judith Ann Deandrade only.

Dated this 22nd day of April, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge